L. H. Hulan et al., defendants in error, v. Lester Goodman et al., plaintiffs in error. Gen. No. 8,816.

Heard in this court at the January term, 1934. Opinion filed April 11, 1934.

Louis L. Williams, L. A. Mehrhoff and Barry & Barry, for plaintiffs in error. A. B. Johnson, for defendants in error.

Mr. Justice Fulton delivered the opinion of the court.